THE PEOPLE OF THE STATE OF NEW YORK ex rel. PASQUALE MANELLA, Relator, against ROBERT E. MURPHY, Individually and as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPU LAUS, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel JOHN E. BOLT, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER JANKOWSKI, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

ELIZABETH T. COLE, Respondent, v. ROBERT C. COLE, Appellant.— Appeal dismissed, without costs, upon stipulation.

In the Matter of the COMMON COUNCIL OF THE CITY OF DUNKIRK, Respondent. NEW YORK CENTRAL RAILROAD COMPANY, Appellant. [Extension of West Doughty St.] — Appeal dismissed, without costs, upon stipulation.

In the Matter of HOTEL GOVERNOR FENTON, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Proceeding dismissed, without costs, upon stipulation.

ALFRED LIZZIO et al., Plaintiffs, v. RACHAEL CRAFT et al., Defendants.— Appeal by defendant Craft dismissed, without costs, upon stipulation.

ALFRED LIZZIO et al., Plaintiffs, v. RACHAEL CRAFT et al., Defendants.— Appeal by plaintiffs dismissed, without costs, upon stipulation.

CAREY M. WILSON, Appellant, v. WEST WINFIELD ROD & GUN CLUB et al., Respondents.— Appeals dismissed, without costs, upon stipulation.

ROCCO F. VACCARO, Plaintiff, v. JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Defendants.— Proceeding dismissed, without costs, upon stipulation.